■ ANGELO SPETSIOTIS, Respondent, v. MANUFACTURERS HANOVER TRUST Co., as Trustee under the Will of LAURA A. DELANO, Deceased, et al., Appellants.— The order entered November 4, 1968, unanimously reversed on the law, the facts and in the exercise of discretion and the motion denied, without costs and without disbursements. The record does not warrant the granting of a trial preference pursuant to CPLR 3403 (subd. [a], par. 3). Admittedly plaintiff's workmen's compensation benefits and his wife's salary are sufficient to meet their reasonable current living expenses. Nor is the possibility that plaintiff's wife will give up her employment and seek public assistance a sufficient reason for granting a trial preference (*Martinkovic* v. *Chrysler Leasing Corp.,* 29 A D 2d 636). Finally, the claim that plaintiff is suffering from a post-traumatic psychosis was not supported by current medical evidence and was sharply disputed by defendants' expert. Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Nunez, JJ.

■ PHOTO-MARKER CORPORATION, Respondent, v. COPY MARKERS CORPORATION et al., Defendants, and GARY LITE et al., Appellants.— Judgment appealed from unanimously modified in the exercise of discretion to the extent of limiting the injunctive relief granted to 18 months and otherwise affirmed, without costs. The limitation is inserted only for purposes of clarification because the judgment herein properly restrains acts which in any manner violate the written agreement, which specifically provides for a period of limitation of 18 months. Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Nunez, JJ.